UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOSHUA E. BACON** | **CIVIL ACTION** |
| **VERSUS** | **No. 10-4250** |
| **ST. CHARLES PARISH, ET AL** | **SECTION I** |

### ORDER

Considering defendant's motion to dismiss for failure to state a claim upon which relief can be granted,

**IT IS ORDERED** that the motion is **GRANTED** and that plaintiff's claims against defendant, St. Charles Parish Police, are **DISMISSED WITH PREJUDICE**.[1]

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff's claims against St. Charles Parish Police must be dismissed for at least three reasons. First, defendant asserts that no entity called "St. Charles Parish Police" exists. Plaintiff offers no argument or evidence to the contrary. Second, even if St. Charles Parish Police was an entity that existed, plaintiff's claims against it would have to be dismissed because police departments are not entities capable of being sued pursuant to 42 U.S.C. § 1983. Everson v. N.O.P.D. Officers (Names Unknown), Civ. Action No. 07-7027, 2009 WL 122759, at *2 (E.D. La. Jan. 15, 2009); Atkinson v. NOPD, Civ. Action No. 06-5820, 2007 WL 2137793, at *1 (E.D. La. July 23, 2007); Banks v. United States, Civ. Action No. 05-6853, 2007 WL 1030326, at *11 (E.D. La. Mar. 28, 2007); Manley v. State of Louisiana, Civ. Action No. 00-1939, 2001 WL 506175, at *2 (E.D. La. May 11, 2001). Third, even if plaintiff intended to sue the St. Charles Parish *Sheriff's Department*, plaintiff's claims against such entity would have to be dismissed because sheriff's departments are not entities capable of being sued pursuant to 42 U.S.C. § 1983. Cozzo v. Tangipahoa Parish Council–President Government, 279 F.3d 273, 283 (5th Cir. 2002); see also Lockhart v. Orleans Parish Sheriff's Department, Civ. Action No. 09-6358, 2009 WL 5210579, at *1 (E.D. La. Dec. 23, 2009); Haywood v. Gusman, Civ. Action No. 06-3517, 2008 WL 516714, at *3 (E.D. La. Feb. 26, 2008); Wetzel v. St. Tammany Parish Jail, 610 F.Supp.2d 545, 548 (E.D. La. 2009); Smith v. St. Tammany Parish Sheriff's Office, Civ. Action No. 07-3525, 2008 WL 347801, at *2 (E.D. La. Feb. 6, 2008); Causey v. Parish of Tangipahoa, 167 F.Supp.2d 898, 904 (E.D. La. 2001).